IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| Edward S. Danks, Sr., and Georgianna Danks,<br><br>  Plaintiffs,<br><br>  v.<br><br>Ryan Zinke, Secretary of the Department of Interior, United States Department of the Interior, Bureau of Indian Affairs, and the United States of America,<br><br>  Defendants. | Case No. 1:17-cv-115<br><br>**UNITED STATES'**<br>**MOTION TO DISMISS** |

The United States of America, by Christopher C. Myers, United States Attorney for the District of North Dakota, and Melissa Helen Burkland and James Patrick Thomas, Assistant United States Attorneys, on behalf of Ryan Zinke, Secretary of the Department of the Interior, the United States Department of the Interior; Bureau of Indian Affairs, and the United States of America, ("United States") moves this court to dismiss Plaintiffs' Petition for Declaratory Relief, Temporary Restraining Order, Injunction [sic] Relief, and a Writ of Mandamus ("Petition") for lack of jurisdiction.

This motion is brought pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure and based upon the memorandum of law filed herewith, and all the files and proceedings in this case.

Dated:  August 21, 2017

CHRISTOPHER C. MYERS
United States Attorney


By:    /s/ Melissa Helen Burkland
       MELISSA HELEN BURKLAND
       Assistant United States Attorney
       Quentin N. Burdick United States Courthouse
       655 First Avenue North - Suite 250
       Fargo, ND  58102-4932
       (701) 297-7400
       WI Bar Board ID No. 1071443
       Melissa.Burkland@usdoj.gov

       JAMES PATRICK THOMAS
       Assistant United States Attorney
       P.O. Box 699
       Bismarck, ND  58502-0699
       (701) 530-2420
       ND Bar Board ID No. 06014
       James.P.Thomas@usdoj.gov

       Attorneys for United States